UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 25-cv-22635-CMA**

UBER TECHNOLOGIES, INC.,

        Plaintiff,

v.

LAW GROUP OF SOUTH FLORIDA, LLC, ANDY LOYNAZ, RIVER MEDICAL CENTER, INC., PROFESSIONAL OF SOUTH FLORIDA INC., FLAGLER DIAGNOSTIC CENTER INC., STEVEN BURACK, CASTOR GARCIA SIVERIO, BLANCA BRUZON, NAHIR FRAGA, DIANA MORALES, OSCAR JOSE VALERIO PADILLA, MANOLO LOACES, DANIEL PEREZ DELGADO, YUNIESKY DIAZ VALDIVIE, AND NELSON MOREY GOMEZ,

        Defendants.

**STATUS UPDATE REPORT**

Pursuant to the Court's Order dated June 11, 2025 [ECF 5], Uber submits this report advising the Court of the status of *Uber Technologies, Inc. v. Wingate, Russotti, Shapiro, Moses & Halperin, LLP*, No. 25-cv-522 (E.D.N.Y. 2025). Uber submits this report on its own behalf because no counsel of record has appeared for defendants.

The New York action remains pending. Uber intends to amend its complaint in that case by July 23, 2025. Discovery is presently stayed in that action pursuant to a June 18, 2025 order of Chief Mag. Judge Vera M. Scanlon.

| | |
|---|---|
| Dated: July 10, 2025 | Respectfully Submitted, |✂

Dated: July 10, 2025

Respectfully Submitted,

/s/ Gerald E. Greenberg
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
ALESSANDRA M. SIBLESZ
Florida Bar No. 1024843
asiblesz@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

DAVID W.T. DANIELS*
DDaniels@perkinscoie.com
FRANCYS M. GUEVARA SANCHEZ
Florida Bar No. 1056086
FGuevara@perkinscoie.com
SYDNEY VEATCH*
SVeatch@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street NW
Washington, DC 20005-3960
Telephone: 202-654-6200

DAVID MASSEY*
DMassey@perkinscoie.com
BENJAMIN ESTES*
BEstes@perkinscoie.com
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212-262-6900

*Admitted *pro hac vice*

*Counsel for Plaintiff*