UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-22635-CIV-ALTONAGA/Reid

UBER TECHNOLOGIES, INC.,

      Plaintiff,

v.

LAW GROUP OF SOUTH
FLORIDA, LLC, *et al.*,

      Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*.  On June 11, 2025, the Court entered an Order [ECF No. 5] administratively closing the case and requiring the parties to file joint status reports every 30 days advising of the progress of the related action, *Uber Technologies, Inc. v. Wingate, Russotti, Shapiro, Moses & Halperin, LLP*, No. 25-cv-522 (E.D.N.Y. 2025).  (*See id.* 2).[1]  The parties last complied on September 3, 2025 (*see* [ECF No. 35]); the next report was due October 3, 2025.  To date, the parties have failed to file a status report, and they have not requested an extension of time to do so.

Accordingly, it is

**ORDERED** that the parties shall comply with the June 11, 2025 Order **[ECF No. 5]** by filing the required joint status report on or before **October 9, 2025**.  Failure to comply will result in dismissal of this case without prejudice and without further notice.

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 25-22635-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 7th day of October, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

2