UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-22635-CMA

UBER TECHNOLOGIES, INC.,

        Plaintiff,

v.

LAW GROUP OF SOUTH FLORIDA, LLC, ANDY LOYNAZ, RIVER MEDICAL CENTER, INC., PROFESSIONAL OF SOUTH FLORIDA INC., FLAGLER DIAGNOSTIC CENTER INC., STEVEN BURACK, CASTOR GARCIA SIVERIO, BLANCA BRUZON, NAHIR FRAGA, DIANA MORALES, OSCAR JOSE VALERIO PADILLA, MANOLO LOACES, DANIEL PEREZ DELGADO, YUNIESKY DIAZ VALDIVIE, AND NELSON MOREY GOMEZ,

        Defendants.

_____/

## STATUS UPDATE REPORT

Pursuant to the Court's Order dated June 11, 2025 [ECF 5], Uber respectfully submits this report advising the Court of the status of *Uber Technologies, Inc. v. Wingate, Russotti, Shapiro, Moses & Halperin, LLP*, No. 25-cv-522 (E.D.N.Y. 2025). This report is submitted with the consent of Defendants River Medical Center, Inc., Castor Garcia Siverio, Blanca Bruzon, and Nahir Fraga.[1]

The New York action remains pending. Discovery remains stayed in that action pursuant to a June 18, 2025 Order of Chief Magistrate Judge Vera M. Scanlon. The defendants in *Wingate* served their motion to dismiss on Uber on September 15, 2025, Uber served its opposition to the defendants' motion to dismiss on November 14, 2025, and defendants' replies, along with a fully

---

[1] The remaining Defendants have not yet entered appearances in this matter.

briefed memorandum, were filed on December 12, 2025. On December 29, 2025. On December 29, 2025, the District Court granted Uber's motion for oral argument. Oral argument occurred on February 26. No ruling has been issued.

Dated: March 6, 2026          Respectfully Submitted,

         */s/ Gerald E. Greenberg*
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
ALESSANDRA M. SIBLESZ
Florida Bar No. 1024843
asiblesz@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

DAVID W.T. DANIELS*
DDaniels@perkinscoie.com
FRANCYS M. GUEVARA SANCHEZ
Florida Bar No. 1056086
FGuevara@perkinscoie.com
SYDNEY VEATCH*
SVeatch@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street NW
Washington, DC 20005-3960
Telephone: 202-654-6200

DAVID MASSEY*
DMassey@perkinscoie.com
BENJAMIN ESTES*
BEstes@perkinscoie.com
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212-262-6900

*Admitted *pro hac vice*

*Counsel for Plaintiff*