**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-22635-CMA**

UBER TECHNOLOGIES, INC.,

      Plaintiff,

v.

LAW GROUP OF SOUTH FLORIDA, LLC,
ANDY LOYNAZ, RIVER MEDICAL
CENTER, INC., PROFESSIONAL OF
SOUTH FLORIDA INC., FLAGLER
DIAGNOSTIC CENTER INC., STEVEN
BURACK, CASTOR GARCIA SIVERIO,
BLANCA BRUZON, NAHIR FRAGA,
DIANA MORALES, OSCAR JOSE VALERIO
PADILLA, MANOLO LOACES, DANIEL
PEREZ DELGADO, YUNIESKY DIAZ
VALDIVIE, AND NELSON MOREY
GOMEZ,

      Defendants.

_____/

## STATUS UPDATE REPORT

Pursuant to the Court's Order dated June 11, 2025 [ECF 5], Uber respectfully submits this report advising the Court of the status of *Uber Technologies, Inc. v. Wingate, Russotti, Shapiro, Moses & Halperin, LLP*, No. 25-cv-522 (E.D.N.Y. 2025). This report is submitted with the consent of Defendants River Medical Center, Inc., Castor Garcia Siverio, Blanca Bruzon, and Nahir Fraga.[1]

The New York action remains pending. Discovery remains stayed in that action pursuant to a June 18, 2025 Order of Chief Magistrate Judge Vera M. Scanlon. The defendants in *Wingate* served their motion to dismiss on Uber on September 15, 2025, Uber served its opposition to the defendants' motion to dismiss on November 14, 2025, and defendants' replies, along with a fully

---

[1] The remaining Defendants have not yet entered appearances in this matter.

briefed memorandum, were filed on December 12, 2025. On December 29, 2025, the District Court granted Uber's motion for oral argument. Oral argument occurred on February 26, 2026. No ruling has been issued.

Although the Court's June 11, 2025 Order referred only to the case pending in the Eastern District of New York, Uber also wishes to advise this Court about the status of another matter in the Eastern District of Pennsylvania, *Uber Technologies, Inc.., et al. v. Simon & Simon P.C., et al.*, No 25-cv-5365, in which the court denied a motion to dismiss the complaint on grounds similar to those raised in the Eastern District of New York case.  Discovery in that case is ongoing and a jury trial has been scheduled for February 16, 2027.

SIGNATURE ON THE NEXT PAGE

Dated: July 6, 2026                                     Respectfully Submitted,


                                                        /s/ Gerald E. Greenberg
                                                        GERALD E. GREENBERG
                                                        Florida Bar No. 440094
                                                        ggreenberg@gsgpa.com
                                                        ALESSANDRA M. SIBLESZ
                                                        Florida Bar No. 1024843
                                                        asiblesz@gsgpa.com
                                                        GELBER SCHACHTER & GREENBERG, P.A.
                                                        One Southeast Third Avenue, Suite 2600
                                                        Miami, Florida 33131
                                                        Telephone: (305) 728-0950
                                                        E-service: efilings@gsgpa.com

                                                        DAVID W.T. DANIELS*
                                                        DDaniels@perkinscoie.com
                                                        FRANCYS M. GUEVARA SANCHEZ
                                                        Florida Bar No. 1056086
                                                        FGuevara@perkinscoie.com
                                                        SYDNEY VEATCH*
                                                        SVeatch@perkinscoie.com
                                                        PERKINS COIE LLP
                                                        700 Thirteenth Street NW
                                                        Washington, DC 20005-3960
                                                        Telephone: 202-654-6200


                                                        DAVID MASSEY*
                                                        DMassey@perkinscoie.com
                                                        BENJAMIN ESTES*
                                                        BEstes@perkinscoie.com
                                                        PERKINS COIE LLP
                                                        1155 Avenue of the Americas, 22nd Floor
                                                        New York, NY 10036-2711
                                                        Telephone: 212-262-6900

                                                        *Admitted *pro hac vice*

                                                        *Counsel for Plaintiff*

3