**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22635-CIV-ALTONAGA/Reid**

**UBER TECHNOLOGIES, INC.**,

Plaintiff,

v.

**LAW GROUP OF SOUTH FLORIDA, LLC**, *et al.*,

Defendants.
______________________________/

**ORDER**

**THIS CAUSE** came before the Court on the parties' Joint Motion to Reopen Case [ECF No. 61], filed on September 18, 2026. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Joint Motion to Reopen Case **[ECF No. 61]** is **GRANTED**. The Clerk shall mark the case **OPEN**. Further, to better manage the orderly progress of the case, Defendants shall submit a single combined response or separate answers to the Complaint [ECF No. 1] by **October 13, 2026**.

**DONE AND ORDERED** in Miami, Florida, this 21st day of September, 2026.

Cecilia M. Altonaga

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**