**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22635-CIV-ALTONAGA**

**UBER TECHNOLOGIES, INC.**,

Plaintiff,

v.

**ANDY LOYNAZ**, *et al.*,

Defendants.
_________________________________/

**ORDER**

THIS CAUSE is before the Court on the Joint Motion for Extension of Time . . . [ECF No. 64]. Being fully advised, it is

**ORDERED** that the Motion is set for hearing on **Thursday, October 15, 2026, at 2:00 p.m.**

**DONE AND ORDERED** in Miami, Florida, this 12th day of October, 2026.

Cecilia M. Altonaga
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**